541  CHAPIN ET AL. vs. CIRCUIT JUDGE (Montcalm), No. 14627, 104 M., 232.

To set aside an order overruling a plea to the jurisdiction of the court, upon a bill filed by an assignee to reach real estate in Ingham County, which, it is alleged, was conveyed away by the assignors in fraud of creditors.

Granted February 26, 1895.

Held, that it was not intended by 3 How. Stat., Sec. 8749, to repeal How. Stat., Sec. 6612, or to divest other circuit courts of equitable jurisdiction where the subject matter is local.